aggravates the cause. A sentence of probation would deprecate the seriousness of the offense and would be inconsistent with the ends of justice. Under the circumstances here, the trial court did not abuse its discretion by denying probation and entering the minimum sentence for each offense.

Judgment affirmed.

RECHENMACHER, P. J., and DIXON, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD J. DZIAK, Defendant-Appellant.

(No. 74-43; ▮▮▮▮▮▮▮)

Second District (2nd Division)—August 8, 1975.

Opinion by Mr. JUSTICE T. MORAN.

Robert Heise, of Heise & Coolman, of Wheaton, for appellant.

John J. Bowman, State's Attorney, of Wheaton (Malcolm F. Smith, Assistant State's Attorney, of counsel), for the People.